# MARIA-COSTANZA BARDUCCI
# BARDUCCI LAW FIRM, PLLC
5 WEST 19TH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10011
TELEPHONE: 212-433-2554

**June 1, 2020**

**VIA ECF**
Honorable Ronnie Abrams
District Court Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Application granted

SO ORDERED.

Ronnie Abrams, U.S.D.J.
June 3, 2020

> Re:   *Rutledge vs. 116 Avenue C Restaurant LLC, and 116 Avenue C Investors LLC.*
>        *Civil Action No.: 20-cv-01953-RA*
>        *Letter-Motion for Extension of Time to Meet/Confer and File Joint Letter*

Dear Judge Abrams,

I represent the Plaintiff in the above-referenced matter.

We respectfully request that the deadline to confer and to file a joint letter on June 1, 2020 be extended by 30 days.

Defendant's filed their appearance on Friday, May 29, 2020, and the parties have not yet had the opportunity to discuss the issues with the property and the possibility of a resolution.

Due to the COVID-19 outbreak, the parties need additional time to comply with these deadlines so that the parties can discuss the remediations needed at the property which has been closed for several weeks.

The requested extension would not affect any other dates or deadlines.

This is the second request for an extension of this deadline.

Thank you for your consideration.

Respectfully Submitted,

BARDUCCI LAW FIRM

s/Maria Costanza Barducci, Esq.
MARIA COSTANZA BARDUCCI, ESQ.

cc: Via CM/ECF Only