| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 9-4-20 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KORIN RUTLEDGE,

               Plaintiff,

v.

116 AVENUE C RESTAURANT LLC, *et al.*,

               Defendants.

20-CV-1953 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On August 3, 2020, this Court ordered the parties to submit a joint status letter no later than August 21, 2020. To date, the parties have not done so. It is hereby:

ORDERED that no later than September 18, 2020, the parties shall file a joint status letter updating the Court on their settlement efforts, and, in the event the action is not yet settled, whether a referral to Magistrate Judge Aaron for a settlement conference would be useful.

SO ORDERED.

Dated:    September 4, 2020
            New York, New York

                                                                     RONNIE ABRAMS
                                                                     United States District Judge